**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6023**

---

ALONZA DENNIS,

Plaintiff - Appellant,

v.

CHARLES WILLIAMS, Warden PCI; BRYAN P. STIRLING, SCDC Director; HENRY DARGAN MCMASTER,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Joseph Dawson, III, District Judge.  (6:21-cv-00964-JD)

---

Submitted:  November 22, 2022                    Decided:  November 28, 2022

---

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Alonza Dennis, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonza Dennis appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Dennis' 42 U.S.C. § 1983 action with prejudice under 28 U.S.C. §§ 1915(e)(2)(B), 1915A. Confining our review to the issues raised in the informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."), we have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Dennis v. Williams*, No. 6:21-cv-00964-JD (D.S.C. Dec. 8, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*